IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01310-WYD-BNB

ROBERT CARDENAS,

Plaintiff,

v.

FINANCIAL INDEMNITY COMPANY, a California corporation, and
HAPPY DAYS INSURANCE, a Colorado agency,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion for Leave to Modify the Scheduling Order** [docket no. 30, filed October 24, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is modified to extend the deadline for joinder of parties and amendment of pleadings up to and including **November 7, 2007**.


DATED:  October 25, 2007